UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MIKE HAMILTON and HAMILTON CORNER I, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF NAPAVINE, a municipal corporation,<br><br>Defendants. | NO. 18-cv-5412<br><br>ANSWER TO COMPLAINT ON TORT AND OTHER CLAIMS AND CONSTITUTIONAL VIOLATIONS<br><br>JURY DEMAND |

Defendant City of Napavine, by and through its attorneys, for Answer and Affirmative Defenses, admits, denies, and alleges as follows.

**Response to Plaintiff's Allegations**

1.1. Defendant is without sufficient knowledge to admit or deny paragraph 1.1, and therefore denies it.

1.2. Defendant is without sufficient knowledge to admit or deny paragraph 1.2, and therefore denies it.

Answer to Complaint- 1
USDC Cause NO. 18-cv-5412

**Tierney & Correa, PC**
719 Second Avenue
Suite 701 Millennium Tower
Seattle, WA 98104
206-232-3074 (Phone)
206-232-3076 (Fax)

1.3. Admitted.

2.1. Defendant admits Exhibit A speaks for itself. Defendant is without sufficient knowledge to admit or deny the balance of paragraph 2.1, and therefore denies it.

2.2. Defendant admits Water Certificates 1726 and 5605 speak for themselves. Defendant is without sufficient knowledge to admit or deny the balance of paragraph 2.2, and therefore denies it.

2.3. Defendant admits Water Certificate 1726 speaks for itself. Defendant is without sufficient knowledge to admit or deny the balance of paragraph 2.3, and therefore denies it.

2.4. Defendant admits Water Certificate 5604 and the November 20, 1952 Report of Examination speak for themselves. Defendant is without sufficient knowledge to admit or deny the balance of paragraph 2.4, and therefore denies it.

2.5. Defendant is without sufficient knowledge to admit or deny paragraph 2.5, and therefore denies it.

2.6. Defendant admits it submitted applications to the Department of Ecology, which applications speak for themselves. Defendant is without sufficient knowledge to admit or deny the balance of paragraph 2.6, and therefore denies it.

2.7. Defendant admits the applications to the Department of Ecology speak for themselves. Defendant is without sufficient knowledge to admit or deny the balance of paragraph 2.7, and therefore denies it.

**Tierney & Correa, PC**
719 Second Avenue
Suite 701 Millennium Tower
Seattle, WA 98104
206-232-3074 (Phone)
206-232-3076 (Fax)

2.8. Defendant is without sufficient knowledge to admit or deny paragraph 2.5, and therefore denies it.

2.9. Defendant admits it built infrastructure for its water system, and that Exhibit B speaks for itself. Defendant is without sufficient knowledge to admit or deny the balance of paragraph 2.1, and therefore denies it.

2.10. Defendant admits discoloration problems with the Well 6 water create problems with its use for potable water. Defendant is without sufficient knowledge to admit or deny the balance of paragraph 2.10, and therefore denies it.

2.11. Defendant admits Plaintiffs communicated with Mark Scheibmeir, Steve Ashley and the Department of Ecology and instituted a lawsuit against the City of Napavine and Ecology, which is now before the Court of Appeals. Defendant denies the balance of paragraph 2.11.

2.12. Defendant admits Exhibit C speaks for itself and denies the balance of paragraph 2.12.

3.1 Defendant admits the Washington Constitution and Washington case law speak for themselves and denies the balance of paragraph 3.1.

3.2. Denied.

3.3. Denied.

3.4. Denied.

Answer to Complaint- 3
USDC Cause NO. 18-cv-5412

**Tierney & Correa, PC**
719 Second Avenue
Suite 701 Millennium Tower
Seattle, WA 98104
206-232-3074 (Phone)
206-232-3076 (Fax)

3.5. Defendant admits Washington case law speaks for itself. Defendant is without sufficient knowledge to admit or deny the balance of paragraph 3.5, and therefore denies it.

3.6. Denied.

3.7. Defendant is without sufficient knowledge to admit or deny paragraph 3.7, and therefore denies it.

3.8. Denied.

3.9. Denied.

3.10. Denied.

3.11. Denied.

3.12. Denied.

Defendant denies the balance of Plaintiffs' complaint.

## Affirmative Defenses

1. Plaintiffs' damages, if any, were proximately caused by plaintiffs' own actions, omissions and negligence and damages should be apportioned accordingly pursuant to law.

2. Plaintiffs have failed to mitigate their damages, if any.

3. Plaintiffs' complaint fails to state a claim for which relief can be granted.

4. Res judicata.

5. Collateral estoppel.

6. Waiver.

**Tierney & Correa, PC**
719 Second Avenue
Suite 701 Millennium Tower
Seattle, WA 98104
206-232-3074 (Phone)
206-232-3076 (Fax)

7. Statute of limitations and/or laches.

8. Estoppel.

9. Failure to satisfy conditions precedent.

10. Assumption of the risk.

11. Failure to name necessary parties, including, without limitation, the other successor owners to the farm identified in paragraph 2.2 of Plaintiffs' Complaint.

12. Setoff and payment made.

13. Failure to exhaust administrative remedies.

14. Circuity of action.

15. Immunity of Defendant.

16. Defendant acted in its proprietary capacity.

17. Defendant reserves the right to amend its answer to assert additional defenses.

## Request for Relief

Having fully answered Plaintiffs' complaint and asserted affirmative defenses, Defendant requests that:

1. Plaintiffs' complaint be dismissed with prejudice;

2. Defendant be awarded its taxable costs and statutory attorneys' fees herein;

3. Defendant be awarded its reasonable attorneys' fees and costs; and

4. For such other and further relief as the Court deems equitable and proper.

Answer to Complaint- 5
USDC Cause NO. 18-cv-5412

**Tierney & Correa, PC**
719 Second Avenue
Suite 701 Millennium Tower
Seattle, WA 98104
206-232-3074 (Phone)
206-232-3076 (Fax)

**Jury Demand**

Defendant requests trial by a jury of twelve.

DATED this 1st day of June, 2018.

                              TIERNEY & CORREA, PC

                              By:   /s/Michael B. Tierney
                                  Michael B. Tierney, WSBA #13662
                                  Paul Correa, WSBA #48312
                                  Attorneys for Defendant

                            Tierney & Correa, P.C.
                            719 Second Avenue
                            Suite 701 Millennium Tower
                            Seattle, WA 98104
                            Telephone: 206-232-3074; Fax: 206-232-3076
                            Email: tierney@tierneylaw.com
                            Email: correa@tierneylaw.com

Answer to Complaint- 6
USDC Cause NO.  18-cv-5412

**Tierney & Correa, PC**
719 Second Avenue
Suite 701 Millennium Tower
Seattle, WA 98104
206-232-3074 (Phone)
206-232-3076 (Fax)

# DECLARATION OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington, I caused the original of the foregoing document to be electronically filed with the Court, which will electronically serve the following counsel of record:

<u>Attorneys for Plaintiffs</u>:

Ben D. Cushman
Deschutes Law Group, PLLC
400 Union Ave, Suite 200
Olympia, WA 98501
Ben@deschuteslawgroup.com

DATED this 1st day of June, 2018.

*Barbara Fairleigh*
Barbara Fairleigh

Answer to Complaint- 7
USDC Cause NO. 18-cv-5412

Tierney & Correa, PC
719 Second Avenue
Suite 701 Millennium Tower
Seattle, WA 98104
206-232-3074 (Phone)
206-232-3076 (Fax)