The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HAMILTON CORNER I, LLC, et al.

    Plaintiffs

vs.

CITY OF NAPAVINE,

    Defendant.

Case No. 3:18-cv-05412-BHS

STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE

NOTE ON MOTION CALENDAR:
June 18, 2019

COMES NOW Defendant, by and through its attorneys of record, Michael B. Tierney and Tierney & Correa, P.C., and Plaintiffs, by and through their attorney of record, Kevin Bay and Tousley, Brain, Stephens, PLLC, and stipulate that Plaintiffs' complaint against the Defendant should be dismissed without prejudice and without costs to any party.

DATED this 18th day of June, 2019.

TIERNEY & CORREA, P.C.

By: s/ Michael B. Tierney
Michael B. Tierney, WSBA #13662

TOUSLEY, BRAIN, STEPHENS, PLLC

By: s/ Kevin A. Bay
Kevin A. Bay, WSBA #19821

STIP. MTN. FOR DISMISSAL WITHOUT PREJUDICE
Case No. 3:18-cv-05412-BHS, Page - 1

**TIERNEY & CORREA, PC**
719 Second Avenue
Suite 701 Millennium Tower
Seattle, WA 98104
206-232-3074 (Phone)
206-232-3076 (Fax)