The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HAMILTON CORNER I, LLC, et al.

    Plaintiffs

vs.

CITY OF NAPAVINE,

    Defendant.

Case No. 3:18-cv-05412-BHS

ORDER OF DISMISSAL WITHOUT PREJUDICE

## ORDER

THIS MATTER having come before the undersigned Judge this day upon the parties' Stipulated Motion for Dismissal Without Prejudice through their respective attorneys of record, it is hereby ORDERED that Plaintiffs' complaint against the Defendant is hereby dismissed without prejudice and without costs to any party.

DATED this \_\_\_\_\_ day of June, 2019

_____
The Honorable Benjamin H. Settle

ORDER OF DISMISSAL WITHOUT PREJUDICE
Case No. 3:18-cv-05412-BHS, Page - 1

**TIERNEY & CORREA, PC**
719 Second Avenue
Suite 701 Millennium Tower
Seattle, WA 98104
206-232-3074 (Phone)
206-232-3076 (Fax)

Approved as to form:
Notice of Presentation Waived:

TIERNEY & CORREA, P.C.

By: s/ Michael B. Tierney
    Michael B. Tierney, WSBA #13662
    Attorney for Defendant


TOUSLEY, BRAIN, STEPHENS, PLLC

By: s/ Kevin A. Bay
    Kevin A. Bay, WSBA #19821
    Attorney for Plaintiff

ORDER OF DISMISSAL WITHOUT PREJUDICE
Case No. 3:18-cv-05412-BHS, Page - 2

**TIERNEY & CORREA, PC**
719 Second Avenue
Suite 701 Millennium Tower
Seattle, WA 98104
206-232-3074 (Phone)
206-232-3076 (Fax)